IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK ENSMINGER, *on behalf of himself and those similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT LAW CENTER, LLC a/k/a THOMAS ANDREW ADDLEMAN LLC, d/b/a CREDIT LAW CENTER, and THOMAS ADDLEMAN a/k/a TOM ADDLEMAN,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-2147-JWL-JPO<br><br>Hon. John W. Lungstrum<br><br>Jury Trial Demanded |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.1, Defendants Credit Law Center, LLC a/k/a Thomas Andrew Addleman, LLC, d/b/a Credit Law Center and Thomas Addleman (together, "Defendants") respectfully move this Court for a 35-day extension of time through and including May 17, 2019, to answer or otherwise respond to the Complaint of plaintiff Mark Ensminger ("Plaintiff"). In support of this motion, Defendants state as follows:

1. Plaintiff filed the above-captioned lawsuit in this Court on March 15, 2019.

2. Defendants were served with the Complaint on March 22, 2019, and their response to the Complaint is currently due on April 12, 2019.

3. The undersigned counsel was recently retained to represent Defendants in this matter. Given its recent retention, the undersigned respectfully requests an extension of time to complete its investigation of the allegations in the Complaint and to prepare a response.

4. Defendants' counsel conferred with Plaintiff's counsel regarding this motion, but the parties could not reach agreement with respect to Defendants' requested extension of time.

5.   This is the first request for extension of time in this case, and it is made in good faith and not for the purpose of delay.

WHEREFORE, for the reasons set forth above, Defendants respectfully request a 35-day extension of time, to and including May 17, 2019, to file their answer or other responsive pleading, and for any further relief that is appropriate under the circumstances.

Dated:  April 10, 2019                                        Respectfully submitted,

BEAVER LAW FIRM, LLC

/s/ Chad C. Beaver
Chad C. Beaver KS #21280
1600 Genessee Street, Suite 920
Kansas City, Missouri 64102
Telephone: (816) 875-6960
Facsimile: (816) 817-0540
Email: cbeaver@beaver-law.com

-And-

Timothy A. Hudson
*pro hac vice* motion pending
Jordan E. Wilkow
*pro hac vice* motion pending
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL  60604
Tel: (312) 762-9450
Fax: (312) 762-9451
thudson@tdrlawfirm.com
jwilkow@tdrlawfirm.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 10th day of April, 2019, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record, and that it was further emailed to the following counsel for Plaintiffs:

Alan J. Stecklein
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, KS 66101
913-371-0727
aj@kcconsumerlawyer.com

Matthew S. Robertson
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, KS 66101
913-371-0727
msr@kcconsumerlawyer.com

Michael H. Rapp
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, KS 66101
913-371-0727
mr@kcconsumerlawyer.com

Amy L Wells
Keogh Law, Ltd.
55 W. Monroe Street, Suite 3390
Chicago, IL 60603
312-726-1092
AWells@KeoghLaw.com

Keith J. Keogh
Keogh Law, Ltd.
55 W. Monroe Street, Suite 3390
Chicago, IL 60603
312-726-1092
keith@keoghlaw.com

*/s/ Chad C. Beaver*
Chad C. Beaver
*Attorney for Defendants*