IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARK ENSMINGER**, *on behalf of himself and those similarly situated*,<br><br>                    Plaintiff,<br><br>v.<br><br>**CREDIT LAW CENTER, LLC a/k/a THOMAS ANDREW ADDLEMAN L.L.C., d/b/a CREDIT LAW CENTER**, *et al.*<br><br>                    Defendants. | **Case No.:** 2:19-cv-2147-JWL-JPO<br><br>**JURY TRIAL DEMAND** |

**PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF CORPORATE REPRESENTATIVE(S) FROM DEFENDANT CREDIT LAW CENTER, LLC a/k/a THOMAS ANDREW ADDLEMAN L.L.C., d/b/a CREDIT LAW CENTER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)**

Plaintiff, MARK ENSMINGER, by and through her undersigned counsel and pursuant to the Federal Rules of Civil Procedure, including Rule 30(b)(6), hereby provides notice of taking an oral deposition of the Corporate Representative(s) of Credit Law Center, LLC a/k/a Thomas Andrew Addleman L.L.C., d/b/a Credit Law Center ("CLC"), at the location, on the date and at the time stated below. Please be prepared to testify about the areas of inquiry listed in Exhibit "A," attached hereto, provided to Counsel for the Defendant.

| **Name** | **Date & Time** | **Location** |
|---|---|---|
| Corporate Representative of Defendant Credit Law Center | November 8, 2019<br>9:00 a.m. | CLC<br>4041 NE Lakewood Way Ste 140<br>Lee's Summit, MO 64064 |

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. As directed by said rules, CLC is to identify and produce the appropriate person(s) concerning the areas of inquiry

1

85194

listed on Exhibit "A," provided to its counsel. This deposition is to continue from day-to-day until such time as it is completed or may be adjourned to be reconvened at such later date as may be established therefore by those in attendance at such deposition.  The foregoing deposition will be conducted in person and/or via telephone and/or via the Internet, and record the same via stenographic and/or videographic means.

Dated: October 15, 2019                      Respectfully submitted,


                                                        By: /s/*Matthew S. Robertson*
                                                        Keith J. Keogh (*pro hac vice*)
                                                        Amy L. Wells (*pro hac vice*)
                                                        Keogh Law, Ltd.
                                                        55 West Monroe Street
                                                        Suite 3390
                                                        Chicago, Illinois 60603
                                                        (312) 726-1092
                                                        Email: keith@keoghlaw.com
                                                        awells@keoghlaw.com

| | |
|---|---|
| Michael H. Rapp | #25702 |
| A.J. Stecklein | #16330 |
| Matthew S. Robertson | #27254 |

                                                         Stecklein & Rapp Chartered
                                                        748 Ann Ave
                                                        Kansas City, KS 66101
                                                        Telephone:     (913) 371-0727
                                                        Facsimile:      (913) 371-0727
                                                        Email: mr@kcconsumerlawyer.com
                                                                  aj@kcconsumerlawyer.com
                                                                  msr@kcconsumerlawyer.com
                                                        *Attorneys for Plaintiff*

## CERTIFICATE OF FILING

    I certify that on October 15, 2019, the foregoing document was filed with the Clerk of the Court's ECF/CM system, which will automatically notify counsel of record.

                                                                        By: /s/*Matthew S. Robertson*

85194