IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MARK ENSMINGER**, *on behalf of himself and those similarly situated*,

                    Plaintiff,

v.

**CREDIT LAW CENTER, LLC a/k/a THOMAS ANDREW ADDLEMAN L.L.C., d/b/a CREDIT LAW CENTER**, *et al.*

                    Defendants.

**Case No.:** 2:19-cv-2147-JWL-JPO

**JURY TRIAL DEMAND**

### PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF DEFENDANT THOMAS ANDREW ADDLEMAN

Plaintiff, MARK ENSMINGER, by and through her undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby provides notice of taking an oral deposition of Thomas Andrew Addleman at the location, on the date and at the time stated below.

| Name | Date & Time | Location |
|---|---|---|
| Thomas Andrew Addleman | November 7, 2019　9:00 a.m. | CLC　4041 NE Lakewood Way Ste 140　Lee's Summit, MO 64064 |

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. This deposition is to continue from day-to-day until such time as it is completed or may be adjourned to be reconvened at such later date as may be established therefore by those in attendance at such deposition. The foregoing deposition will be conducted in person and/or via telephone and/or via the Internet, and record the same via stenographic and/or videographic means.

1

85193

Dated: October 15, 2019

Respectfully submitted,

By: /s/ *Matthew S. Robertson*
Keith J. Keogh (*pro hac vice*)
Amy L. Wells (*pro hac vice*)
Keogh Law, Ltd.
55 West Monroe Street
Suite 3390
Chicago, Illinois 60603
(312) 726-1092
Email: keith@keoghlaw.com
awells@keoghlaw.com

Michael H. Rapp              #25702
A.J. Stecklein               #16330
Matthew S. Robertson         #27254
Stecklein & Rapp Chartered
748 Ann Ave
Kansas City, KS 66101
Telephone:    (913) 371-0727
Facsimile:    (913) 371-0727
Email:  mr@kcconsumerlawyer.com
        aj@kcconsumerlawyer.com
        msr@kcconsumerlawyer.com

*Attorneys for Plaintiff*

## CERTIFICATE OF FILING

I certify that on October 15, 2019, the foregoing document was filed with the Clerk of the Court's ECF/CM system, which will automatically notify counsel of record.

By: /s/*Matthew S. Robertson*
Attorney for Plaintiff

2

85193