IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MARK ENSMINGER**, *on behalf of himself and those similarly situated*,

               Plaintiff,

v.

**CREDIT LAW CENTER, LLC a/k/a THOMAS ANDREW ADDLEMAN L.L.C., d/b/a CREDIT LAW CENTER**, *et al.*

               Defendants.

**Case No.:** 2:19-cv-2147-JWL-JPO

**JURY TRIAL DEMAND**

### PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF DEFENDANT THOMAS ANDREW ADDLEMAN

Plaintiff, MARK ENSMINGER, by and through her undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby provides notice of taking an oral deposition of Thomas Andrew Addleman at the location, on the date and at the time stated below.

| **Name** | **Date & Time** | **Location** |
|---|---|---|
| Thomas Andrew Addleman | December 9, 2019 9:00 a.m. | Spencer Fane LLP, 1000 Walnut, Suite 1400, Kansas City, MO 64106 |

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. This deposition is to continue from day-to-day until such time as it is completed or may be adjourned to be reconvened at such later date as may be established therefore by those in attendance at such deposition. The foregoing deposition will be conducted in person and/or via telephone and/or via the Internet, and record the same via stenographic and/or videographic means.

1

86289

Dated: November 4, 2019

Respectfully submitted,

By: /s/ *Matthew S. Robertson*
Michael H. Rapp             #25702
A.J. Stecklein              #16330
Matthew S. Robertson        #27254
Stecklein & Rapp Chartered
748 Ann Ave
Kansas City, KS 66101
Telephone:    (913) 371-0727
Facsimile:    (913) 371-0727
Email: mr@kcconsumerlawyer.com
       aj@kcconsumerlawyer.com
       msr@kcconsumerlawyer.com
Keith J. Keogh (*pro hac vice*)
Amy L. Wells (*pro hac vice*)
Keogh Law, Ltd.
55 West Monroe Street
Suite 3390
Chicago, Illinois 60603
(312) 726-1092
Email: keith@keoghlaw.com
       awells@keoghlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2019, the foregoing was served via electronic mail to the counsel of record.

By: /s/*Matthew S. Robertson*

2

86289