IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARK ENSMINGER**, *on behalf of himself and those similarly situated*,<br><br>                    Plaintiff,<br><br>v.<br><br>**CREDIT LAW CENTER, LLC a/k/a THOMAS ANDREW ADDLEMAN L.L.C., d/b/a CREDIT LAW CENTER**, *et al.*<br><br>                    Defendants. | **Case No.:** 2:19-cv-2147-JWL-JPO<br><br>**JURY TRIAL DEMAND** |

**PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF CORPORATE REPRESENTATIVE(S) FROM DEFENDANT CREDIT LAW CENTER, LLC a/k/a THOMAS ANDREW ADDLEMAN L.L.C., d/b/a CREDIT LAW CENTER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)**

Plaintiff, MARK ENSMINGER, by and through her undersigned counsel and pursuant to the Federal Rules of Civil Procedure, including Rule 30(b)(6), hereby provides notice of taking an oral deposition of the Corporate Representative(s) of Credit Law Center, LLC a/k/a Thomas Andrew Addleman L.L.C., d/b/a Credit Law Center ("CLC"), at the location, on the date and at the time stated below. Please be prepared to testify about the areas of inquiry listed in Exhibit "A," attached hereto.

| Name | Date & Time | Location |
|---|---|---|
| Corporate Representative(s) with knowledge of the areas of inquiry listed on Exhibit "A" | December 10, 2019<br>9:00 a.m. | Spencer Fane LLP, 1000 Walnut, Suite 1400, Kansas City, MO 64106 |

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. As directed by said rules, CLC is to identify and produce the appropriate person(s) concerning the areas of inquiry

86291

1

listed on Exhibit "A," attached hereto. This deposition is to continue from day-to-day until such time as it is completed or may be adjourned to be reconvened at such later date as may be established therefore by those in attendance at such deposition. The foregoing deposition will be conducted in person and/or via telephone and/or via the Internet, and record the same via stenographic and/or videographic means.

Dated: November 4, 2019          Respectfully submitted,

         By: /s/*Matthew S. Robertson*
         Michael H. Rapp      #25702
         A.J. Stecklein      #16330
         Matthew S. Robertson      #27254
         Stecklein & Rapp Chartered
         748 Ann Ave
         Kansas City, KS 66101
         Telephone: (913) 371-0727
         Facsimile: (913) 371-0727
         Email: mr@kcconsumerlawyer.com
                 aj@kcconsumerlawyer.com
                 msr@kcconsumerlawyer.com

         Keith J. Keogh (*pro hac vice*)
         Amy L. Wells (*pro hac vice*)
         Keogh Law, Ltd.
         55 West Monroe Street
         Suite 3390
         Chicago, Illinois 60603
         (312) 726-1092
         Email: keith@keoghlaw.com
                 awells@keoghlaw.com

         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2019, the foregoing was served via electronic mail to the counsel of record.

         By: /s/*Matthew S. Robertson*

2

86291