UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK ENSMINGER, on behalf of himself
and those similarly situated,

      Plaintiff,

      v.

CREDIT LAW CENTER, LLC, et al.,

      Defendants.

Case No. 19-2147-JWL

## SEVENTH AMENDED SCHEDULING ORDER

Plaintiff has filed an unopposed motion (ECF No. 120) to amend the scheduling order originally filed on June 17, 2019 (ECF No. 26). For good cause shown in the motion, it is granted and the scheduling order is amended as follows:

a) The fact discovery deadline is extended through **November 20, 2020**, for the sole purpose of allowing the independent expert sufficient time to extract the Transaction Log data and Credit Report Audits.

b) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, must be served by plaintiff by **December 21, 2020**, and by defendant by **January 19, 2021**; disclosures and reports by any rebuttal experts must be served by **February 19, 2021**.

c) Any motion for class certification must be filed by **March 23, 2021**.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 9, 2020, at Kansas City, Kansas.

                                       <u>s/ James P. O'Hara</u>
                                       James P. O'Hara
                                       U.S. Magistrate Judge