UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK ENSMINGER, on behalf of himself
and those similarly situated,

      Plaintiff,

      v.

      Case No. 19-2147-JWL

CREDIT LAW CENTER, LLC, et al.,

      Defendants.

## EIGHTH AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 124) to amend the scheduling order originally filed on June 17, 2019 (ECF No. 26). For good cause shown in the motion, it is granted and the scheduling order is amended as follows:

a) The fact discovery deadline is extended through **December 4, 2020**, for the sole purpose of allowing the independent expert sufficient time to extract the Transaction Log data and Credit Report Audits.

b) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, must be served by plaintiff by **January 4, 2021**, and by defendant by **February 2, 2021**; disclosures and reports by any rebuttal experts must be served by **March 5, 2021**.

c) Any motion for class certification must be filed by **April 6, 2021**.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

2

IT IS SO ORDERED.

Dated November 23, 2020, at Kansas City, Kansas.

                                         <u>s/ James P. O'Hara</u>
                                         James P. O'Hara
                                         U.S. Magistrate Judge