UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK ENSMINGER, on behalf of himself
and those similarly situated,

      Plaintiff,

      v.

      Case No. 19-2147-JWL

CREDIT LAW CENTER, LLC, et al.,

      Defendants.

### NINTH AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 126) to amend the scheduling order originally filed on June 17, 2019 (ECF No. 26). For good cause shown in the motion, it is granted and the scheduling order is amended as follows:

a) The fact discovery deadline is extended through **December 18, 2020**, for the sole purpose of allowing the independent expert sufficient time to extract the Transaction Log data and Credit Report Audits.

b) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, must be served by plaintiff by **January 19, 2021**, and by defendant by **February 17, 2021**; disclosures and reports by any rebuttal experts must be served by **March 19, 2021**.

c) Any motion for class certification must be filed by **April 20, 2021**.

All other provisions of the original scheduling order shall remain in effect. As this is the fifth extension of the subject deadlines, **no further extensions will be granted absent a showing of truly exceptional circumstances**. The parties and their retained

expert should proceed with this warning in mind.

    IT IS SO ORDERED.

    Dated December 7, 2020, at Kansas City, Kansas.

                                                 <u>s/ James P. O'Hara</u>
                                                 James P. O'Hara
                                                 U.S. Magistrate Judge