UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK ENSMINGER, on behalf of himself
and those similarly situated,

      Plaintiff,

      v.

CREDIT LAW CENTER, LLC, et al.,

      Defendants.

Case No. 19-2147-TC

## TENTH AMENDED SCHEDULING ORDER

Defendant has filed an unopposed motion (ECF No. 130) to amend the scheduling order originally filed on June 17, 2019 (ECF No. 26). Because defendant has demonstrated exceptional circumstances (i.e., family medical issues) exist for amending the scheduling order yet again, the motion is granted, and the scheduling order is amended as follows:

a) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, must be served by defendant by **March 10, 2021**; disclosures and reports by any rebuttal experts must be served by **April 9, 2021**.

b) Any motion for class certification must be filed by **May 11, 2021**.

All other provisions of the original scheduling order shall remain in effect. As this is the sixth extension of the subject deadlines, **no further extensions will be granted absent a showing of truly exceptional circumstances**. The parties and their retained expert should proceed with this warning in mind.

IT IS SO ORDERED.

Dated February 17, 2021, at Kansas City, Kansas.

O:\SCHEDULINGORDERS\19-2147-JWL-130.DOCX

2

   <u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge