**In the United States District Court
for the District of Kansas**

---

Case No. 2:19-cv-02147-TC

---

MARK ENSMINGER,

*Plaintiff*

v.

CREDIT LAW CENTER, LLC, ET AL.,

*Defendants*

---

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Court's Order filed on December 23, 2024, this case is dismissed in favor of Defendants.**

Date:  December 23, 2024    SKYLER B. O'HARA
　　　　　　　　　　　　　　CLERK OF THE DISTRICT COURT

　　　　　　　　　　　　　　By:   s/ Traci Anderson
　　　　　　　　　　　　　　　　　　Deputy Clerk